ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 08 2024

at 12 o'clock and 30 min. P M
Lucy H. Carrillo, Clerk  LS

IN THE UNITED STATES DISTRICT COURT
FOR THE FED DISTRICT OF HONOLULU
_____ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

cc: MWJS/FILER

**Paul and Edna Gantt**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**Penny Mac Corp. Cades Schutte
A limited liability partnership
Patricia J McHenry  Darene K Matsuka**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Deliberate and Criminal Wrongful. Foreclosure for profit.

**Complaint for a Civil Case**

Case No. **CV24 00115 MWJS WRP**
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

IFP SUBM.
LS

FSC

Received By Mail
Date MAR 08 2024

Mailed On
Date MAR 08 2024

Attorneys for Defendant:

Penny Mac Corp

Cades Schutte

A limited liability law partnership

Patricia J. McHenry

Darene K. Matsuka

    Cades Building

    1000 Bishop St. Suite 1200

    Honolulu HI 96813-4272

    Phone: 808-521-9200

A. Criminal Action by wrongful foreclosure

B. Lack of Due Process by law

C. Note on Page 5 & 3

D. A Criminal of code of ethic

Page 3. A promissory note for $1,000,000 May 14, 2013 by Chase